# EXHIBIT 2

**1 -** denotes in use as of 6/1/2015

**2 -** denotes notice given and/or constructive knowledge as of at least 10/9/2014



**1, 2 -** http://www.eddvote.com/



**1, 2 -** http://www.eddvote.com/art/edd-new-masthead.gif



Publish Date



**1, 2 -** http://www.eddvote.com/art/edd-masthead.gif



**1, 2 -** http://www.eddvote.com/pages/booth_starfire.html



**1, 2 -** http://www.eddvote.com/pages/booth_starfire_ada.html



**1, 2 -** http://www.eddvote.com/PDFs/starfire_booth_ada.pdf

**Additional Page and/or IMG URL(s) Listing [Photograph used in Banner and/or Favicon]:**
http://www.eddvote.com/;
http://www.eddvote.com/pages/booth_1.html;

http://www.eddvote.com/pages/ada_booth_9.html;

http://www.eddvote.com/pages/ballot_box_6.html;
http://www.eddvote.com/art/edd-masthead.gif;

http://www.eddvote.com/PDFs/model_2000_ada_soft.pdf;
http://www.eddvote.com/PDFs/supply_bag.pdf;
http://www.eddvote.com/PDFs/starfire_booth.pdf;
http://www.eddvote.com/PDFs/abs_transfer_case-small.pdf;
http://www.eddvote.com/pages/booth_starfire.html;
http://www.eddvote.com/pages/ballot_box_15.html;
http://www.eddvote.com/pages/ada_booth_3.html;
http://www.eddvote.com/pages/booth_12.html;
http://www.eddvote.com/pages/booth_14.html;
http://www.eddvote.com/pages/ballot_box_12.html;
http://www.eddvote.com/pages/booth_15.html;
http://www.eddvote.com/pages/booth_3.html;
http://www.eddvote.com/pages/carrier_1.html;
http://www.eddvote.com/pages/carrier_2.html;
http://www.eddvote.com/pages/ada_booth_10.html;
http://www.eddvote.com/pages/booth_starfire_ada.html;
http://www.eddvote.com/pages/carrier_8.html;
http://www.eddvote.com/pages/booth_4.html;
http://www.eddvote.com/pages/ballot_box_5.html;
http://www.eddvote.com/pages/ballot_box_7.html;
http://www.eddvote.com/pages/ballot_box_4.html;
http://www.eddvote.com/pages/ballot_box_16.html;
http://www.eddvote.com/pages/booth_19.html;
http://www.eddvote.com/pages/carrier_7.html;
http://www.eddvote.com/pages/sign_1.html;

http://www.eddvote.com/pages/ballot_box_14.html;
http://www.eddvote.com/pages/carrier_6.html;
http://www.eddvote.com/pages/ballot_box_8.html;
http://www.eddvote.com/pages/booth_5.html;
http://www.eddvote.com/pages/ballot_box_1.html;
http://www.eddvote.com/pages/ballot_box_18.html;
http://www.eddvote.com/pages/ballot_box_9.html;
http://www.eddvote.com/pages/ada_booth_1.html;
http://www.eddvote.com/pages/ada_booth_2.html;
http://www.eddvote.com/pages/ballot_box_19.html;
http://www.eddvote.com/pages/ballot_box_13.html;
http://www.eddvote.com/pages/booth_11.html;
http://www.eddvote.com/pages/carrier_11.html;
http://www.eddvote.com/pages/ada_booth_7.html;
http://www.eddvote.com/PDFs/poll_master_II_ada_booth.pdf;
http://www.eddvote.com/PDFs/vote-pak_voting_station.pdf;
http://www.eddvote.com/PDFs/poll_master_II.pdf;
http://www.eddvote.com/PDFs/abs_transfer_case-medium.pdf;
http://www.eddvote.com/PDFs/poll_master_I.pdf;
http://www.eddvote.com/art/edd-masthead.gif;
http://www.eddvote.com/PDFs/election_supply_carrier.pdf;
http://www.eddvote.com/PDFs/ballot_election_carrier.pdf;
http://www.eddvote.com/PDFs/poll_star_ada_booth.pdf;
http://www.eddvote.com/PDFs/starfire_booth_ada.pdf;
http://www.eddvote.com/PDFs/pollcat_absentee_cart.pdf;
http://www.eddvote.com/PDFs/freestanding_cardboard.pdf;
http://www.eddvote.com/PDFs/poll_tote_bag.pdf;
http://www.eddvote.com/PDFs/provisional_ballot_bag.pdf;
http://www.eddvote.com/PDFs/mini_tote_bag.pdf;
http://www.eddvote.com/PDFs/red_collapsible_ballot_bag.pdf;
http://www.eddvote.com/PDFs/twin_pak_booths.pdf;
http://www.eddvote.com/PDFs/pollcat_66.pdf;
http://www.eddvote.com/PDFs/signs.pdf;

http://www.eddvote.com/PDFs/abs_transfer_case-large.pdf;
http://www.eddvote.com/PDFs/pollcat_60.pdf;
http://www.eddvote.com/PDFs/abs_ballot_box.pdf;
http://www.eddvote.com/PDFs/poll_star_portable_booth.pdf;
http://www.eddvote.com/PDFs/ballot_supply_bag.pdf;
http://www.eddvote.com/PDFs/blue-ballot-box.pdf;
http://www.eddvote.com/art/edd-new-masthead.gif;
http://www.eddvote.com/PDFs/nesting_non-stuffable_box.pdf;
http://www.eddvote.com/PDFs/poll_master_ada_booth.pdf;
http://www.eddvote.com/PDFs/poll_master_I_ada_booth.pdf;
http://www.eddvote.com/PDFs/stackable_non-stuffable.pdf;
http://www.eddvote.com/PDFs/touch_screen_carrier.pdf;
http://www.eddvote.com/PDFs/model_2000_soft_booth.pdf;
http://www.eddvote.com/PDFs/automark_pollcat.pdf;
http://www.eddvote.com/PDFs/model_2000_ada_hard.pdf;