IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 15-cv-01134-MEH

WENDY SHATTIL, and
ROBERT ROZINSKI,

    Plaintiffs,

v.

EDUCATION DATA DIRECT, INC.,
RANDALL R. RATTRAY,
DOE 1,
DOE 2,
DOE 3, and
DOE 4,

    Defendants.

---

### DISMISSAL OF CASE WITH PREJUDICE
---

Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) [filed July 17, 2015; docket # 8].  The Court finds the Notice and terms of the dismissal proper.  In accordance with Fed. R. Civ. P.  41(a)(1)(A)(i), this case is **DISMISSED WITH PREJUDICE**, with each party to bear his, her or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 20th day of July, 2015.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge